IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 5 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. **05-CV-1490**
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

THOMAS S. (BOBBY) McQUADE,

    Plaintiff,

v.

JOE HALLIGAN,
J. LUSK,
TOM ZELENKA,
HEATHER DELPY,
JOHN R. CLARKSON,
CORRECTIONS COOPERATION OF AMERICA (CCA),
STEVEN BROWN, SR., and
JOY LUCERO,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Plaintiff Thomas S. McQuade has submitted a Prisoner Complaint. The complaint is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiff also has tendered the $250.00 filing fee. The clerk of the court will be directed to mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $250.00 filing fee. Accordingly, it is

    ORDERED that the clerk of the court commence this civil action. It is

    FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $250.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 5th day of August, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Thomas S. McQuade
Reg. No. 86407
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for full payment of the $250.00 filing fee** to the above-named individuals on 8-5-05

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk